# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 39635**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Jordan S. TESTA**
Airman (E-2), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 2 July 2019

———————————

*Military Judge:* Andrew R. Norton.

*Approved sentence:* Bad-conduct discharge, confinement for 5 months, reduction to E-1, and a reprimand. Sentence adjudged 20 December 2018 by GCM convened at Minot Air Force Base, North Dakota.

*For Appellant:* Captain M. Dedra Campbell, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF.

Before JOHNSON, POSCH, and KEY, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.


FOR THE COURT

JULIE L. ADAMS
Deputy Clerk of the Court